**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-24-00404-CR**
**NO. 09-24-00405-CR**
_____

**NICHOLAS AARON BATES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

_____

**On Appeal from the 359th District Court**
**Montgomery County, Texas**
**Trial Cause Nos. 22-07-09383-CR and 22-07-09384-CR**
_____

**MEMORANDUM OPINION**

On September 18, 2024, the trial court sentenced Nicholas Aaron Bates in Trial Cause Number 22-07-09383-CR on a conviction for possession of marijuana and in Trial Cause Number 22-07-09384-CR for manufacture or delivery of a controlled substance. In each case, the trial court signed a certification in which the trial court certified that this is a plea-bargain case and Bates has no right of appeal.

1

On November 19, 2024, Bates filed notices of appeal for Trial Cause Numbers 22-07-09383-CR and 22-07-09384-CR.[1]

On November 21, 2024, we notified the parties that we would dismiss the appeals unless the appellant established the certifications were incorrect. None of the parties responded to the Court's notices. Because the record in each case lacks a certification saying that Bates has the right to appeal, we dismiss the appeals.

APPEALS DISMISSED.

PER CURIAM

Submitted on January 7, 2025
Opinion Delivered January 8, 2025
Do Not Publish

Before Johnson, Wright and Chambers, JJ.

---

[1] Bates also filed notices of appeal in Trial Court Case Numbers 22-07-09452, 22-07-09454, 22-07-09456, and 22-07-09458. In those cases, the trial court entered a certification that the case was not a plea-bargain case and that Bates had a right to appeal. The Clerk of the Court docketed the appeals in those cases under Appeal Numbers 09-24-00406-CR through 09-24-00409-CR, and they remain active before this Court.